NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**HOLLYMATIC CORPORATION,**
*Appellant*

**v.**

**DIRECTOR AND CHIEF EXECUTIVE OFFICER OF
THE DEFENSE COMMISSARY AGENCY,**
*Appellee*

_____

2021-2158

_____

Appeal from the Armed Services Board of Contract Appeals in Nos. 61920, 61956, Administrative Judge John J. Thrasher, Administrative Judge Owen C. Wilson, Administrative Judge Richard Shackleford.

_____

**JUDGMENT**

_____

BRUCE A. COURTADE, Rhoades McKee PC, Grand Rapids, MI, argued for appellant.  Also represented by JACQUELINE M. GORDON.

WILLIAM JAMES GRIMALDI, Civil Division, Commercial Litigation Branch, United States Department of Justice, Washington, DC, argued for appellee.  Also represented by

BRIAN M. BOYNTON, PATRICIA M. MCCARTHY, DOUGLAS K. MICKLE.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, CLEVENGER and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 7, 2022          /s/ Peter R. Marksteiner
    Date                 Peter R. Marksteiner
                         Clerk of Court